**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
EVE SILVESTRI,

                              Plaintiff,

              -against-                                        19 **CIVIL** 10550 (KMK)

                                                              <u>**JUDGMENT**</u>

KOHL'S DEPARTMENT STORES, INC.,
et al.,

                              Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated July 27, 2022, Defendant's Motion for Summary

Judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York

          July 27, 2022

                                                    **RUBY J. KRAJICK**
                                          _____
                                                    **Clerk of Court**
                              **BY:**        _K. Mango_
                                          _____
                                                    **Deputy Clerk**